Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>Plaintiff,<br>vs.<br><br>SEADRIFT SEAFOOD, INC. dba THE BOILING CRAB, et al.,<br><br>Defendants. | No. 5:24-cv-05857-PCP<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

Plaintiff Gerardo Hernandez hereby reports that the parties in this action have reached a full and complete settlement of Plaintiff's claims. Plaintiff requests until December 23, 2024 to finalize settlement and dismiss the action.

Dated: December 5, 2024

MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez